**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| In re:<br><br>LTL Management, LLC<br><br>              Debtor. | Chapter 11<br><br>Case No. 21-30589 |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Bankr. P. 2002(g), 9007 and 9010, the undersigned appears for and on behalf of Johnson & Johnson and Johnson & Johnson Consumer Inc. (the "Clients" and individually, "Client"), each a party in interest in the above-captioned chapter 11 case, and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following, and the following be added to any special or limited service lists used in this case:

> Hillary B. Crabtree
> N.C. Bar No. 26500
> MOORE & VAN ALLEN PLLC
> 100 N. Tryon Street, Suite 4700
> Charlotte, North Carolina 28202
> Telephone: (704) 331-1000
> Email: hillaryrcrabtree@mvalaw.com

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of each Client's rights (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject

CHAR2\2486895v1

to mandatory or discretionary withdrawal, or (4) to assert any other rights, claims, actions, setoffs, or recoupment to which each Client is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupment it expressly reserves.

This Notice of Appearance and Request for Service of Papers does not give express or implied consent by the undersigned or Moore & Van Allen PLLC to accept service of process of any action commenced under Rule 7001 of the Federal Rules of Bankruptcy Procedure.

Dated: October 14, 2021     **MOORE & VAN ALLEN PLLC**

/s/ *Hillary B. Crabtree*
Hillary B. Crabtree (NC Bar 26500)
100 N. Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Facsimile: (704) 339-5968
Email:   hillarycrabtree@mvalaw.com

*Counsel to Johnson & Johnson and Johnson & Johnson Consumer Inc.*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| In re:<br><br>LTL Management, LLC<br><br>Debtor. | Chapter 11<br><br>Case No. 21-30589 |

**CERTIFICATE OF SERVICE**

I, Hillary B. Crabtree, hereby certify that on this 14th day of October, 2021, I caused the foregoing *Notice of Appearance and Request for Service of Papers* filed herewith to be served by this Court's CM/ECF System.

**MOORE & VAN ALLEN PLLC**

/s/ *Hillary B. Crabtree*
Hillary B. Crabtree (NC Bar 26500)
100 N. Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Facsimile: (704) 339-5968
Email:   hillarycrabtree@mvalaw.com

*Counsel to Johnson & Johnson and Johnson & Johnson Consumer Inc.*