FILED & JUDGMENT ENTERED
Steven T. Salata

October  15  2021

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

In re

LTL MANAGEMENT LLC,[1]

Debtor.

Chapter 11

Case No. 21-30589 (JCW)

## EX PARTE ORDER SUSPENDING ENTRY
## AND SERVICE OF STANDARD NOTICE OF COMMENCEMENT

This matter coming before the Court on the *Debtor's Ex Parte Motion for an Order Suspending Entry and Service of Standard Notice of Commencement* (the "Motion"),[2] filed by the debtor in the above-captioned case (the "Debtor"); the Court having reviewed the Motion; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (d) notice of the Motion was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the ex parte relief granted herein;

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      The Clerk of this Court (the "Clerk") shall suspend entry and service of the Standard Notice pending further order of this Court to permit consideration of the Notice Procedures Motion and the Agent Application, which, if approved, will obviate the need for such notice and service by the Clerk.

3.      Pursuant to Local Bankruptcy Rule 9013-1(f), any party shall be entitled to request a hearing or request that the Court reconsider entry of this Order by filing a motion for reconsideration within 14 days of service of this Order.

4.      The Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5.      This Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation, enforcement or interpretation of this Order.

This Order has been signed electronically.                    United States Bankruptcy Court
The Judge's signature and Court's seal appear
at the top of the Order.