FILED & JUDGMENT ENTERED
Steven T. Salata

October 15 2021

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No. 21-30589 (JCW) |
| Debtor. | |

### EX PARTE ORDER (I) SCHEDULING AN EXPEDITED HEARING ON CERTAIN FIRST DAY PLEADINGS AND (II) APPROVING THE FORM AND MANNER OF LIMITED NOTICE THEREOF

This matter coming before the Court on the *Debtor's Ex Parte Motion for Entry of an Order (I) Scheduling an Emergency Hearing on Certain First Day Pleadings and (II) Approving the Form and Manner of Limited Notice Thereof* (the "Motion"),[2] filed by the debtor in the above-captioned case (the "Debtor"); the Court having reviewed the Motion, the First Day Declaration and the First Day Notice; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (d) notice of the Motion was sufficient under the circumstances,

---

[1]   The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2]   Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

NAI-1522267568

(e) ex parte relief is appropriate under Local Bankruptcy Rule 9013-1(f), (f) the exigency of the situation justifies an immediate hearing on the First Day Pleadings and (g) service of the First Day Notice, the First Day Pleadings and the Motion in the form and manner described in the Motion constitutes adequate and appropriate notice under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the ex parte relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. An emergency hearing (the "First Day Hearing") shall be held before the Honorable Judge J. Craig Whitley on October 20, 2021 at 9:30 a.m. (prevailing Eastern Time) at the United States Bankruptcy Court for the Western District of North Carolina, Charles R. Jonas Federal Building, 401 West Trade Street, JCW Courtroom 2-B, Charlotte, North Carolina 28202, to consider the relief requested in the First Day Pleadings.

3. The notice period for the First Day Pleadings is hereby shortened so that the Court can consider the relief requested therein at the First Day Hearing.

4. Notice of the First Day Pleadings is hereby limited to the First Day Notice Parties.

5. Service of the First Day Notice, in substantially the form attached to the Motion as Exhibit B,[3] in accordance with the First Day Notice Procedures constitutes adequate and appropriate notice of the First Day Hearing under the circumstances.  No further or other notice of the First Day Hearing is necessary under the circumstances.

---

[3] The Debtor may update and revise the First Day Notice in accordance with this Order prior to service.

-3-

      6.      Pursuant to Local Bankruptcy Rule 9013-1(f), any party shall be entitled to request a hearing or request that the Court reconsider entry of this Order by filing a motion for reconsideration within 14 days of service of this Order.

      7.      The Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

      8.      This Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation, enforcement or interpretation of this Order.

This Order has been signed electronically.　　　　　　　　　　United States Bankruptcy Court
The Judge's signature and Court's seal appear
at the top of the Order.