# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| In re<br><br>LTL MANAGEMENT LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 21-30589 (JCW) |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON OCTOBER 20, 2021

Time of Hearing: 9:30 a.m. (prevailing Eastern Time)

Location of Hearing: Courtroom of the Honorable Judge J. Craig Whitley, United States Bankruptcy Court for the Western District of North Carolina, Charlotte Division, JCW Courtroom 2-B, 401 West Trade Street, Charlotte, North Carolina 28202

1. Debtor's Application for an Order Authorizing the Retention and Employment of Epiq Corporate Restructuring, LLC, as Claims, Noticing and Ballot Agent [Dkt. 6].

   **Status: This matter is going forward.**

   Objection Deadline: October 20, 2021 at 9:30 a.m., prevailing Eastern Time

   Related Documents:

   A. Informational Brief of LTL Management LLC [Dkt. 3] (the "Informational Brief").

   B. Declaration of John K. Kim in Support of First Day Pleadings [Dkt. 5] (the "First Day Declaration").

   C. Debtor's Ex Parte Motion for Entry of an Order (I) Scheduling an Emergency Hearing on Certain First Day Pleadings and (II) Approving the Form and Manner of Limited Notice Thereof [Dk. 22] (the "Emergency Hearing Motion").

   D. Ex parte Order Granting the Emergency Hearing Motion [Dkt. 34] (the "Emergency Hearing Order").

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

{00356402 v 1 }NAI-1522267089v1

    E.    Notice of Chapter 11 Filing and of Emergency Hearing on First Day Pleadings [Dkt. 37] (the "<u>Notice of Emergency Hearing</u>").

    <u>Objections Received</u>:  None to date.

2.    Debtor's Motion for an Order: (I) Authorizing It to File a List of the Top Law Firms with Talc Cases against the Debtor in Lieu of the List of 20 Largest Unsecured Creditors; (II) Approving Certain Notice Procedures for Talc Claimants; and (III) Approving the Form and Manner of Notice of Commencement of this Case [Dkt. 7].

    **Status:  This matter is going forward.**

    <u>Objection Deadline</u>:  October 20, 2021 at 9:30 a.m., prevailing Eastern Time

    <u>Related Documents</u>:

    A.    Informational Brief.

    B.    First Day Declaration.

    C.    Emergency Hearing Motion.

    D.    Emergency Hearing Order.

    E.    Notice of Emergency Hearing.

    <u>Objections Received</u>:  None to date.

3.    Debtor's Motion for Entry of an Order Establishing Certain Notice, Case Management and Administrative Procedures [Dkt. 10].

    **Status:  This matter is going forward.**

    <u>Objection Deadline</u>:  October 20, 2021 at 9:30 a.m., prevailing Eastern Time

    <u>Related Documents</u>:

    A.    Informational Brief.

    B.    First Day Declaration.

    C.    Emergency Hearing Motion.

    D.    Emergency Hearing Order.

    E.    Notice of Emergency Hearing.

    <u>Objections Received</u>:  None to date.

4. Debtor's Motion for an Order: (I) Approving the Continued Use of its Bank Account and Business Forms; (II) Granting a Waiver of the Requirements of Section 345(b) of the Bankruptcy Code; and (III) Authorizing the Debtor's Bank to Charge Certain Fees and Other Amounts [Dkt. 11].

   **Status:  This matter is going forward.**

   Objection Deadline:  October 20, 2021 at 9:30 a.m., prevailing Eastern Time

   Related Documents:

   A.   Informational Brief.

   B.   First Day Declaration.

   C.   Emergency Hearing Motion.

   D.   Emergency Hearing Order.

   E.   Notice of Emergency Hearing.

   Objections Received:  None to date.

5. Debtor's Emergency Motion to Enforce the Automatic Stay Against Talc Claimants Who Seek to Pursue Their Claims Against the Debtor and its Non-Debtor Affiliates [Dkt. 44].

   **Status:  A proposed Order Scheduling Emergency Hearing with respect to this matter has been submitted to the Court for entry. If that order is entered, this matter is going forward.**

   Objection Deadline:  October 20, 2021 at 9:30 a.m., prevailing Eastern Time

   Related Documents:

   A.   Informational Brief.

   B.   First Day Declaration.

   C.   Debtor's Ex Parte Motion Requesting Authority to Exceed Maximum Page Limit [Dkt. 43].

   D.   Debtor's Ex Parte Motion for Entry of an Order Scheduling an Emergency Hearing on the Motion to Enforce the Automatic Stay [Dkt. 45].

   E.   Ex Parte Order Granting the Debtor Authority to Exceed Maximum Page Limit [Dkt. 46].

   Objections Received:  None to date.

| | |
|---|---|
| Dated: October 18, 2021<br>Charlotte, North Carolina | Respectfully submitted,<br><br>*/s/ John R. Miller, Jr.*<br>C. Richard Rayburn, Jr. (NC 6357)<br>John R. Miller, Jr. (NC 28689)<br>Matthew L. Tomsic (NC 52431)<br>RAYBURN COOPER & DURHAM, P.A.<br>227 West Trade Street, Suite 1200<br>Charlotte, North Carolina  28202<br>Telephone:  (704) 334-0891<br>Facsimile:   (704) 377-1897<br>E-mail:   rrayburn@rcdlaw.net<br>             jmiller@rcdlaw.net<br>             mtomsic@rcdlaw.net<br><br>Gregory M. Gordon (TX Bar No. 08435300)<br>Dan B. Prieto (TX Bar No. 24048744)<br>Amanda Rush (TX Bar No. 24079422)<br>JONES DAY<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>E-mail: gmgordon@jonesday.com<br>           dbprieto@jonesday.com<br>           asrush@jonesday.com<br>(Admitted *pro hac vice*)<br><br>Brad B. Erens (IL Bar No. 06206864)<br>JONES DAY<br>77 West Wacker<br>Chicago, Illinois 60601<br>Telephone: (312) 782-3939<br>Facsimile: (312) 782-8585<br>E-mail: bberens@jonesday.com<br>(Admitted *pro hac vice*)<br><br>PROPOSED ATTORNEYS FOR DEBTOR |