# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| In re: <br><br> LTL Management LLC <br><br> Debtor. | Case No. 21-30589 (JCW) <br><br> Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Charles M. Rubio of Parkins Lee & Rubio LLP hereby enters its appearance in the above-captioned chapter 11 case as counsel to OnderLaw, LLC, and requests that the undersigned be added to the official mailing matrix and service list in this case.  Parkins Lee & Rubio LLP requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this chapter 11 case and copies of all papers served or required to be served in this chapter 11 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon OnderLaw, LLC through service upon Parkins Lee & Rubio at the address, telephone, and facsimile numbers set forth below:

Charles M. Rubio
Parkins Lee & Rubio LLP
Pennzoil Place
700 Milam Street, Suite 1300
Houston, Texas 77002
Email: crubio@parkinslee.com
Phone: 212-763-3331
Facsimile: 713-715-1699

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this *Notice of Appearance and Request for Notice* Pursuant to Fed. R. Bankr. P. 2002 shall not be deemed or construed to be a waiver of any of the rights of the OnderLaw, LLC, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which OnderLaw, LLC may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 25, 2021

    Respectfully submitted,

    PARKINS LEE & RUBIO LLP

    */s/ Charles M. Rubio*
    Charles M. Rubio P.C.
    TX Bar No. 24083768
    Pennzoil Place
    700 Milam Street, Suite 1300
    Houston, Texas 77002
    Email: crubio@parkinslee.com
    Phone: 212-763-3331

    *Counsel to OnderLaw, LLC*

CERTIFICATE OF SERVICE

I hereby certify that the foregoing NOTICE has been served electronically via CM/ECF on the Bankruptcy Administrator and all interested parties.

Dated: October 25, 2021

*/s/ Charles M. Rubio*
Charles M. Rubio