**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| In re<br><br>LTL MANAGEMENT LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-30589 (JCW) |

## NOTICE OF HEARING

The Plaintiffs' Steering Committee in the *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi-District Litigation* (MDL No. 2738) before the United States District Court for the District of New Jersey has filed a *Motion of the MDL Plaintiffs' Steering Committee to Transfer Venue Pursuant to 28 U.S.C. § 1412 and Joinder in Bankruptcy Administrator's Motion to Transfer Venue* (the "Motion").

PLEASE TAKE NOTICE that your rights may be affected by the Motion. You should read the Motion carefully and discuss the same with your attorney. If you do not have an attorney, you may wish to consult with one.

PLEASE TAKE FURTHER NOTICE that a hearing will be held on the Motion before the Honorable J. Craig Whitley at the Charles Jonas Federal Building, Courtroom 8, 401 West Trade Street, Charlotte, North Carolina on **November 10, 2021 at 9:30 A. M. (ET)**.

PLEASE TAKE FURTHER NOTICE that the Court may grant the relief requested in the Motion at said hearing. No further notice will be given.

| | |
|---|---|
| Dated: Charlotte, North Carolina<br>October 29, 2021 | */s/ Cole Hayes*<br>Cole Hayes (Bar No. 44443)<br>601 S. Kings Drive<br>Suite F PMB #411<br>Charlotte, NC 28204<br>704-490-4247 |