

FILED & JUDGMENT ENTERED
Steven T. Salata

November 17 2021

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **LTL Management LLC**, | ) | Case No. 21-30589 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

### NOTICE REGARDING TRANSFER TO NEW JERSEY

Pursuant to this Court's Order Transferring the Case (Docket No. 416), the Bankruptcy

Court for the District of New Jersey is in the process of electronically transferring the docket.

Given the size of this case, the transfer process is complex and time-consuming.  Until such time

as the docket in the District of New Jersey becomes available, parties are encouraged to visit the

New Jersey Bankruptcy Court's website at http://www.njb.uscourts.gov/LTL for information

regarding the case.

**SO ORDERED**.

This Order has been signed
electronically. The Judge's
signature and Court's seal
appear at the top of the Order.

United States Bankruptcy Court